AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  6:24-MJ-016-BU |
| JAMES MICHAEL WILSON | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  07/07/24 to 08/21/24  in the county of  Tom Green  in the Northern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(1) | Transportation of Child Pornography (Visual Depiction of an Actual Minor) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Whitney Ohlhausen, AUSA

_____
Complainant's signature

Nicholas Hammer- Sgt. with Tom Green County S.O.
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 3.

Date: August 23, 2024

_____
Judge's signature

City and state:  Abilene, Texas

John R. Parker, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tom Green County Sheriff's Office Investigator **Nicholas Hammer**, being first duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a certified Texas Peace Officer, commissioned as a Sergeant Investigator with the Tom Green County Sheriff's Office, Texas, and a member of the Southern Texas Internet Crimes Against Children (ICAC) Task Force.

2. As part of my official duties, I have conducted and participated in investigations relating to the sexual exploitation of children. During these investigations, I have observed and reviewed many examples of ways in which adults sexually exploit children for sexual gratification, financial gain, or other reasons. As part of my duties and responsibilities as a Sergeant Investigator, I am authorized to investigate crimes involving the sexual exploitation of children, including violations of Texas Penal Code 33.021 (Online Solicitation of a Minor) and Texas Penal Code 43.26 (Possession of Child Pornography).

3. This affidavit is made in support of an application for a criminal complaint for **James Michael Wilson,** who resides in San Angelo, Texas, for violating 18 U.S.C. § 2252A(a)(1) Transfer of Child Pornography. The facts and statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses.

## TITLE 18 UNITED STATES CODE SECTION 2252A(a)(1)
## TRANSPORTATION OF CHILD PORNOGRAPHY

4. Title 18, United States Code, Section 2252A(a)(1), makes it a crime to knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer.

5. For a defendant guilty of this crime, the government must prove each of the following elements beyond a reasonable doubt:

*First.*   That the defendant knowingly transported by any means or facility of or in or affecting interstate or foreign commerce, including by computer, an item or items of child pornography; and

*Second.*  That when the defendant transported the item or items, the defendant knew the item or items were child pornography.

The term "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communication facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable handheld calculator, or other similar device.

The term "child pornography" means any visual depiction, including any photograph, film video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

The term "minor" means any person under the age of eighteen years.

"Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by

any means, whether or not stored in a permanent format.

"Sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person. Be cautioned that not every exposure of the genitals or pubic area constitutes lascivious exhibition. Whether a visual depiction constitutes such a lascivious exhibition requires a consideration of the overall content of the material. You may consider such factors as whether the focal point of the visual depiction is on the child's genitalia or pubic area; whether the setting of the depiction is sexually suggestive, that is, in a place or pose associated with sexual activity; whether the child is depicted in an unnatural pose or in inappropriate attire, considering the age of the child; whether the child is fully or partially nude; whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; or whether the depiction is designed to elicit a sexual response in the viewer. This list is not exhaustive, and no single factor is dispositive.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. On August 6, 2024, the Tom Green County Sheriff's Office (TGCSO) received a CyberTip, #196905373, from the National Center for Missing and Exploited Children (NCMEC) that Dropbox user *"Nikki Sanders"*, email address *nikkismokes@protonmail.com*, uploaded a video suspected of containing child pornography on or about July 24, 2024. Dropbox is a file hosting service operated by the American company Dropbox, Inc. that offers cloud storage, file synchronization, personal cloud services, and client software.

7. The video that was uploaded to Dropbox is thirty seconds in length and depicts a young female child, approximately 11 years old, sitting in a chair. The female child is not wearing any pants or underwear, and her vagina is exposed to the camera.

There is a large light-colored dog that is next to the female child, and the dog licks the female child's vagina repeatedly.

8. The CyberTip information also revealed that the Dropbox account was accessed using IP address *47.160.3.153*, which is registered to Frontier Communications in San Angelo, Texas, in the Northern District of Texas.

9. TGCSO also received a CyberTip, #196305594, that on or about July 7, 2024, Instagram user *"smokeobsession"*, email address *nikkismokes@protonmail.com*, uploaded a video suspected of containing child pornography. Instagram is a free, online photo-sharing application and social network platform. Instagram allows users to edit and upload photos and short videos through a mobile application.

10. The CyberTip revealed that an Apple iPhone 13 Pro Max cellphone accessed the Instagram account and the IP address used to login to the Instagram account was *47.160.6.42*. The IP address is registered to Frontier Communications in San Angelo, Texas, in the Northern District of Texas.

11. The video that was uploaded to Instagram is thirty-nine seconds in length and depicts a young female child, approximately 10 years old, kneeling on the ground. The female child is not wearing any pants or underwear, and her vagina is exposed to the camera. The female child has what appears to be a sex toy (dildo) and inserts it into her vagina.

12. Frontier Communications subpoena results revealed the following subscriber information:

    a. IP address *47.160.3.153* is registered to McLaughlin Advertising located at 115 S. Park Street in San Angelo, Texas.

    b. IP address *47.160.6.42* is registered to James Michael Wilson (Wilson) and the service address is 111 Decoy Drive in San Angelo, Texas.

13. Records checks revealed that the house located at 111 Decoy Drive, San Angelo, Texas is owned by Wilson and Witness 1. It also revealed that Wilson's listed address on his Texas Driver's License is 111 Decoy, San Angelo, Texas. Further records checks revealed that Wilson was employed at McLaughlin Advertising San Angelo.

14. Dropbox search warrant results revealed that the user *Nikki Sanders*, email address *nikkismokes@protonmail.com*, possessed at least twenty-two other child pornography videos. A brief description of 5 of the videos is below:

    a. File name "**!!!!!3.mp4**" is a two minute and seven second video that depicts a very young female child, approximately 2 years old, lying on a bed. The female child is nude, and her vagina is exposed to the camera. An unknown person places their right hand on the female child's vagina and spreads her labia open for the camera. A young female child, approximately 10 years old, then gets in front of the camera and puts her tongue on the 2-year-old's vagina, performing oral sex.

    b. File name "**36a3447d-e26c-4cae-a9f5-062a70f75750.mp4**" is a fifty-nine second video that depicts a young prepubescent female child, approximately 10 years old, kneeling in front of an adult male. The female child is wearing clothes. The male's erect penis is exposed to the

camera. The female child has the male's penis in her hand, and inserts the penis into her mouth, performing oral sex.

c. File name "!!!!!4_58794942603649373370.mp4" is a one minute and three second video that depicts a young prepubescent female child, approximately 10 years old, kneeling on the ground. The female child is not wearing any pants or underwear. A black colored medium sized male dog starts licking the female child in her anus/vagina region. The male dog then climbs on top of the female child and his penis comes into contact with her anus/vagina region. The dog appears to be having sex with the female child.

d. File name "!!!!!teensquirter1.mp4" is a two minute video that depicts a young female child, approximately 11 years old, sitting on a bed. The female child is nude, and her breasts and vagina are exposed to the camera. The female child inserts a makeup brush into her vagina and masturbates for the camera.

e. File name "!!!!!tastycum.mp4" is a twenty second video that depicts a young male child, approximately 12 years old, who is lying on a bed. The male child is nude, and his erect penis is exposed to the camera. The male child masturbates and then ejaculates into his own mouth.

15. On August 21, 2024, TGCSO executed a search warrant at the residence located at 111 Decoty Drive, San Angelo, Texas, and the business located at 115 S. Park Street, San Angelo, Texas.

16. Wilson was present at his place of business, McLaughlin Advertising, located at 115 S. Park Street, San Angelo, Texas.

17. While the search was ongoing, I sat down with Wilson and explained that we had a search warrant authority to conduct a search. Wilson was not in handcuffs. I told Wilson several times that he was not under arrest.

18. Wilson stated the Dropbox account, username *Nikki Sanders*, was his account that he created. Wilson stated the email address *nikkismokes@protonmail.com* was his email address that he created. Wilson stated he has viewed and downloaded child pornography for several years.

19. Wilson stated that he became interested in child pornography after seeing nude photographs of his 13-year-old adopted daughter. Wilson stated he viewed the photographs after his daughter sent them to another girl. Wilson has adopted 3 children from the foster care system and is in the process of adopting 2 more toddlers.

20. Wilson stated he receives most of his child pornography from an application called Telegram. Wilson stated he has saved child pornography to his cellphone, and he has not deleted the child pornography from it. Wilson described his saved child pornography as a "collection". Wilson stated there was an external hard drive located inside his vehicle which contained his "collection" of child pornography.

21. Wilson also possessed multiple cellphones, including an Apple iPhone 13 Pro Max cellphone, and he provided the passwords to two of the cell phones. After a brief search of one of the cellphones I located additional child pornography saved to the device.

Some of the child pornography videos I observed matched the videos uploaded to the Dropbox account.

22. A black Toshiba external hard drive was located inside Wilson's vehicle. On August 23, 2024, I searched the contents of the external hard drive, and located hundreds of videos containing obvious child pornography and/or bestiality. One folder was labeled "DG" and contained 508 separate videos of humans having sexual intercourse with dogs. Some of the 508 videos depicted adults, but the vast majority of the videos depicted prepubescent children.

23. Four text documents were saved on the external hard drive. The documents purport to be sexual stories written by Wilson. One of the documents, labeled "DaddyTeaches", tells a story of how a father has sex with his daughter named Child Victim 1, which is the same name as Wilson's actual adopted daughter. This story goes into graphic sexual detail about how "daddy" has sex with his daughter named Child Victim 1, including phrases such as "Yes baby girl, suck daddy's big dick", "Daddy slowly slipped the head of his cock between his daughter's waiting lips", and "Daddy slipped the head inside of Child Victim 1's tender virgin pussy".

24. Witness 2 provided timecard information for Wilson from McLaughlin Advertising. After a review of the hours Wilson worked at the business, I determined that he was at work on the same days the Dropbox account was accessed using IP address *47.160.3.153*.

## CONCLUSION

25. Based upon all the information set forth in this application, I respectfully submit that there is probable cause to believe that James Michael Wilson is a person involved in the violation of 18 U.S.C. § 2252A(a)(1) Transportation of Child Pornography. This affidavit is being submitted for the limited purpose of securing a criminal complaint for James Michael Wilson. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause of a violation of Title 18 U.S.C. § 2252A(a)(1).

WHEREFORE, I respectfully request that the Court issue an arrest warrant for James Michael Wilson for the offense of Title 18, United States Code, § 2252A(a)(1) pertaining to Transportation of Child Pornography.

_____
Nicholas Hammer
Sergeant Investigator
Tom Green County Sheriff's Office

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this __23rd__ day of August 2024.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE