ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:24-CR-29 |
| JAMES MICHAEL WILSON (01) | |

**INDICTMENT**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 1 2024
CLERK, U.S. DISTRICT COURT
By _____ Deputy

The Grand Jury Charges:

Count One
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1))

On or about July 7, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **James Michael Wilson**, defendant, did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Wilson**, using the Internet, Instagram, which is a photo-sharing application and a social network platform, and a cellular telephone, transported the following visual depiction of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File Name | Visual Depiction |
|---|---|
| JfLvWowcKWrS8yWK449871106_25911926605122008_371180609290571040_n. mp4 | A video, thirty-nine seconds in duration, of a nude 10-year-old female child. The child is kneeling on the ground, and her vagina is exposed to the camera. The female child has what appears to be a sex toy inserted into her vagina. |

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

<u>Count Two</u>
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1))

From on or about January 1, 2024 to July 24, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **James Michael Wilson**, defendant, did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Wilson**, using the Internet, Dropbox, which is a file hosting service, and a cellular telephone, transported the following visual depiction of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File Name | Visual Depiction |
|---|---|
| !!!!!3.mp4 | A video, two minutes and seven seconds in duration, of a 2-year-old female child lying on a bed. The female child is nude, and her vagina is exposed to the camera. An unknown person places their right hand on the female child's vagina. A young female child, approximately 10 years old, then performs oral sex on the 2-year-old child. |

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of any offense alleged in this indictment and pursuant to 18 U.S.C. § 2253, defendant, **James Michael Wilson**, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property.

The above-referenced property subject to forfeiture includes but is not limited to an Apple iPhone 13 Pro Max, IMEI number 355365663419990.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
for WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

JAMES MICHAEL WILSON (01)

INDICTMENT

COUNT 1:     TRANSPORTATION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1)

COUNT 2:     TRANSPORTATION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1)

FORFEITURE NOTICE

(2 COUNTS + FORFEITURE)

A true bill rendered:

FORT WORTH            _____ Foreperson

Filed in open court this 11th day of September 2024.

                                                                                Clerk

DEFENDANT IN FEDERAL CUSTODY
Complaint 6:24-MJ-016-BU filed 08/23/24

_____
UNITED STATES MAGISTRATE JUDGE