IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

JAMES MICHAEL WILSON

NO. 6:24-CR-0029-H
(Supersedes indictment returned
on September 12, 2024)

## SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

On or about July 3, 2024, in the San Angelo Division of the Northern District of Texas, and elsewhere, **James Michael Wilson,** defendant, attempted to and did employ, use, persuade, induce, coerce, and entice, Jane Doe 1, a person under the age of eighteen years and whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, as described below, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer:

**James Michael Wilson**
**Superseding Information -- Page 1**

| File Name | Visual Depiction |
|---|---|
| unified_message_1047882470283595 | This is an eighteen second video that depicts Jane Doe 1, who is nine years old. Jane Doe 1 is nude, with her vagina exposed to the camera. Jane Doe 1 has a pink brush in her hand and inserts it inside her vagina. Jane Doe 1 then takes the brush and licks it. |
| unified_message_1431945117414096 | This is a twenty-four second video that depicts Jane Doe 1, who is nine years old. Jane Doe 1 is nude, with her vagina exposed to the camera. Jane Doe 1 inserts her finger inside her vagina and masturbates herself. |

In violation of Title 18, United States Code, Section 2251(a).

**James Michael Wilson**
**Superseding Information -- Page 2**

Count Two
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1))

On or about July 7, 2024, in the San Angelo Division of the Northern District of

Texas, and elsewhere, **James Michael Wilson,** defendant, did knowingly transport child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any

means and facility of interstate and foreign commerce, and in or affecting interstate and

foreign commerce by any means, including by computer.

Specifically, **Wilson,** using the Internet, Instagram, which is a photo-sharing

application and a social network platform, and a cellular telephone, transported the

following visual depiction of a minor engaged in sexually explicit conduct as defined in

18 U.S.C. § 2256:

| File Name | Visual Depiction |
|---|---|
| JfLvWowcKWrS8yWK449871106_ 25911926605122008_371180609290 571040_n. mp4 | A video, thirty-nine seconds in duration, of a nude 10-year-old female child. The child is kneeling on the ground, and her vagina is exposed to the camera. The female child has what appears to be a sex toy inserted into her vagina. |

In violation of Title 18, United States Code, Sections 2252A(a)(1) and

2252A(b)(1).

**James Michael Wilson**
**Superseding Information – Page 3**

<u>Count Three</u>
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1))

From on or about January 1, 2024 to July 24, 2024, in the San Angelo Division of

the Northern District of Texas, and elsewhere, **James Michael Wilson**, defendant, did

knowingly transport child pornography, as defined in Title 18, United States Code,

Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and

in or affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Wilson**, using the Internet, Dropbox, which is a file hosting service,

and a cellular telephone, transported the following visual depiction of a minor engaged in

sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File Name | Visual Depiction |
|---|---|
| !!!!!3.mp4 | A video, two minutes and seven seconds in duration, of a 2-year-old female child lying on a bed. The female child is nude, and her vagina is exposed to the camera. An unknown person places their right hand on the female child's vagina. A young female child, approximately 10 years old, then performs oral sex on the 2-year-old child. |

In violation of Title 18, United States Code, Sections 2252A(a)(1) and

2252A(b)(1).

**James Michael Wilson**
**Superseding Information -- Page 4**

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in this indictment and pursuant to 18 U.S.C.

§ 2253, defendant, **James Michael Wilson**, shall forfeit to the United States of America:

(a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260

of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which

contains any such visual depiction, which was produced, transported, mailed, shipped, or

received in violation of Chapter 110; (b) any property, real or personal, constituting or

traceable to gross profits or other proceeds obtained from any offense alleged in the

Indictment; and (c) any property, real or personal, used or intended to be used to commit

or to promote the commission of any offense alleged in the Indictment, and any property

traceable to such property. The above-referenced property subject to forfeiture includes but

is not limited to an Apple iPhone 13 Pro Max, IMEI number 355365663419990.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

**James Michael Wilson**
**Superseding Information -- Page 5**