IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:24-CR-0029-H |
| JAMES MICHAEL WILSON | |

## FACTUAL RESUME

In support of James Michael Wilson's plea of guilty to the offenses in Count One and Count Two of the Superseding Information, Wilson, the defendant, Charles W. King, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offenses alleged in Count One and Count Two of the Superseding Information, charging a violation of 18 U.S.C. §§ 2251(a), that is, Production of Child Pornography[1], and 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1), that is, Transportation of Child Pornography:[2], the government must prove each of the following elements beyond a reasonable doubt:

Count One:

Production of Child Pornography

*First.*   That the defendant employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct;

*Second.*   That the defendant acted with the purpose of producing a visual

---

[1] Fifth Circuit Pattern Jury Instruction 2.84 (5th Cir. 2024).
[2] Fifth Circuit Pattern Jury Instruction 2.85C (5th Cir. 2024).

James Michael Wilson
Factual Resume—Page 1

    depiction of such conduct; and

*Third.*   That the visual depiction was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

Count Two:

Transportation of Child Pornography

*First.*   That the defendant knowingly transported by any means or facility of or in or affecting interstate or foreign commerce, including by computer, an item or items of child pornography, as alleged in the superseding information; and

*Second.*   That when the defendant transported the item, the defendant knew the item was child pornography.

  The term "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communication facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable handheld calculator, or other similar device.

  The term "child pornography" means any visual depiction, including any photograph, film video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

  The term "minor" means any person under the age of eighteen years.

  "Sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person.

  Be cautioned that not every exposure of the genitals or pubic area constitutes lascivious exhibition. Whether a visual depiction constitutes such a lascivious exhibition

James Michael Wilson
Factual Resume—Page 2

requires a consideration of the overall content of the material. You may consider such factors as whether the focal point of the visual depiction is on the child's genitalia or pubic area; whether the setting of the depiction is sexually suggestive, that is, in a place or pose associated with sexual activity; whether the child is depicted in an unnatural pose or in inappropriate attire, considering the age of the child; whether the child is fully or partially nude; whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; or whether the depiction is designed to elicit a sexual response in the viewer. This list is not exhaustive, and no single factor is dispositive.

The term "producing" means producing, directing, manufacturing, issuing, publishing, or advertising.

"Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## STIPULATED FACTS

1. James Michael Wilson (Wilson) admits and agrees that on or about July 3, 2024, he did knowingly attempt to and did employ, use, persuade, induce, coerce, or entice Jane Doe 1, a person under the age of eighteen years old to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer. Specifically, Wilson admits that he produced the following videos:

   a. An eighteen second video that depicts Jane Doe 1, who is nine years old. Jane Doe 1 is nude, with her vagina exposed to the camera. Jane

        Doe 1 has a pink brush in her hand and inserts it inside her vagina. Jane Doe 1 then takes the brush and licks it; and

    b.  A twenty-four second video that depicts Jane Doe 1, who is nine years old. Jane Doe 1 is nude, with her vagina exposed to the camera. Jane Doe 1 inserts her finger inside her vagina and masturbates herself.

2.    Wilson admits he did so in violation of Title 18, United States Code, Sections 2251(a).

3.    Wilson admits and agrees that on or about July 7, 2024, he did knowingly transport child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, Wilson admits that he used the Internet, Instagram, and a cellular telephone, to transport the following visual depiction of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

    a.  A video, thirty-nine seconds in duration, of a nude ten-year-old female child. The child is kneeling on the ground, and her vagina is exposed to the camera. The female child has what appears to be a sex toy inserted into her vagina.

4.    Wilson admits he did so in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

5.    The Tom Green County Sheriff's Office (TGCSO) received a CyberTip, #196305594, that on or about July 7, 2024, Instagram user *"smokeobsession"*, email

address *nikkismokes@protonmail.com*, uploaded a video suspected of containing child pornography. Instagram is a free, online photo-sharing application and social network platform. Instagram allows users to edit and upload photos and short videos through a mobile application.

6. The CyberTip revealed that an Apple iPhone 13 Pro Max cellphone accessed the Instagram account, using the IP address *47.160.6.42*. The IP address is registered to Frontier Communications in San Angelo, which is in the Northern District of Texas.

7. The video that was uploaded to Instagram is thirty-nine seconds in length and depicts a young female child, approximately ten years old, kneeling on the ground. The female child is not wearing any pants or underwear, and her vagina is exposed to the camera. The female child has what appears to be a sex toy (dildo) and inserts it into her vagina.

8. Subpoena results from Frontier Communications confirmed that IP address *47.160.6.42* is registered to the defendant, James Michael Wilson, with a service address at 111 Decoty Drive in San Angelo, Texas.

9. Records checks revealed that the house located at 111 Decoty Drive, San Angelo, Texas is owned by Wilson and Witness 1. It also revealed that Wilson's listed address on his Texas Driver's License is 111 Decoty, San Angelo, Texas.

10. On August 21, 2024, TGCSO executed a search warrant at the residence located at 111 Decoty Drive, San Angelo, Texas. However, Wilson was located at his

place of business, McLaughlin Advertising, located at 115 S. Park Street, San Angelo, Texas.

11. Wilson agreed to speak with officers. Wilson acknowledged that the Instagram account *"smokeobsession"* belonged to him and that he had created it. He indicated that he had viewed and downloaded child pornography for several years.

12. Wilson stated that he became interested in child pornography after seeing nude photographs of ▮ 13-year-old ▮▮▮▮▮▮▮▮.

13. Wilson stated he receives most of his child pornography from an application called Telegram. Telegram is an instant messaging application, that uses encryption to secure communications, and that allows users to send messages, photos, videos, and files, and make voice and video calls.

14. Wilson stated he has saved child pornography to his cellphone. Wilson described his saved child pornography as a "collection". Wilson stated there was an external hard drive located inside his vehicle which contained his "collection" of child pornography.

15. Wilson also possessed multiple cellphones, including an Apple iPhone 13 Pro Max cellphone, IMEI number 355365663419990, and he provided the passwords to two of the cell phones. Following a search of the Apple iPhone 13 Pro Max, officers located child sexual abuse material on the device.

16. On September 10, 2024, TGCSO officers reviewed requested data from the Instagram account registered to Wilson, user *"smokeobsession"*, and email address *nikkismokes@protonmail.com*. This data revealed that Wilson had been exchanging

James Michael Wilson
Factual Resume—Page 6

sexually explicit messages and videos with Jane Doe 1, who stated that she is nine years old. Wilson employed Jane Doe 1 to produce multiple videos of her engaged in sexually explicit conduct, using a cellphone. Amongst the videos, officers located the following videos, alleged in Count 1 of the Superseding Information, that Wilson employed Jane Doe 1 to produce and send over the internet:

    a. An eighteen second video that depicts Jane Doe 1, who is nine years old. Jane Doe 1 is nude, with her vagina exposed to the camera. Jane Doe 1 has a pink brush in her hand and inserts it inside her vagina. Jane Doe 1 then takes the brush and licks it; and

    b. A twenty-four second video that depicts Jane Doe 1, who is nine years old. Jane Doe 1 is nude, with her vagina exposed to the camera. Jane Doe 1 inserts her finger inside her vagina and masturbates herself.

17. Officers also located the following video, alleged in Count Two of the Indictment, on Wilson's Instagram account: a video, thirty-nine seconds in duration, of a nude ten-year-old female child. The child is kneeling on the ground, and her vagina is exposed to the camera. The female child has what appears to be a sex toy inserted into her vagina.

18. Wilson agrees that he committed all the essential elements of Count One and Count Two of the Superseding Information. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis

exists to support Wilson's guilty plea to Count One and Count Two of the Superseding Information.

19. Wilson further waives and abandons any and all right, title, claim or interest, he may have in all property seized during the investigation and leading to the Superseding Information in this case, specifically an Apple iPhone 13 Pro Max, IMEI number 355365663419990.

AGREED TO AND STIPULATED on this 6th day of December, 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Whitney Ohlhausen
WHITNEY OHLHAUSEN
Assistant United States Attorney
Arkansas State Bar No. 2017137
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6700
E-mail: whitney.ohlhausen@usdoj.gov

/s/ James M. Wilson                    12-05-2024
JAMES MICHAEL WILSON                   Date
Defendant

/s/ Charles W. King                    12-05-2024
CHARLES W. KING                        Date
Attorney for Defendant