IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 6:24-CR-00029-H-BU |
| JAMES MICHAEL WILSON | § § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CHARLES W. KING, Attorney of Record for Defendant James Michael Wilson, and hereby gives Notice that the undersigned attorney is filing this Notice of Appeal of the Sentencing and the Judgment at the request of Defendant James Michael Wilson, and the undersigned attorney further requests that new counsel with a fresh set of eyes be appointed to review the case for Defendant's appeal.

Respectfully submitted,

CHARLES W. KING

By /s/Charles W. King
   **Charles W. King**
The Cactus Building
36 E. Twohig, Suite 330
San Angelo, Texas 76903
Telephone: (325) 227-6536
Fax: (325) 227-6537
Email: charles@charleskinglaw.com
SBN: 11436515
Attorney for Defendant James Michael Wilson

## CERTIFICATE OF SERVICE

I, Charles W. King, the undersigned attorney, hereby certify that on the 9th day of April, 2025, I filed the foregoing Notice of Appeal with the Clerk of the Court using the Electronic Case Filing ("ECF") System, which will send notification of this filing to AUSA Matt L. Tusing, AUSA Jeffrey R. Haag, and AUSA Whitney Ohlhausen at the Office of the U. S. Attorney, Northern District of Texas, San Angelo Division. The Office of the USA is an ECF user.

I, the undersigned Charles W. King, also hereby certify that on the 9th day of April 2025, I notified the Defendant via email to the Eden Detention Center.

/s/Charles W. King
Charles W. King